**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
UNITED STATES COURTHOUSE
500 PEARL STREET
NEW YORK, NEW YORK 10007-1312**



**MEDICAL ATTENTION FORM**

DATE: 2-14-11

DEFENDANT: AHISSOU

DOCKET #: 11 CR 111

**TO THE WARDENS OF THE METROPOLITAN CORRECTIONAL CENTER,
THE METROPOLITAN DETENTION CENTER,
OR ANY OTHER DETENTION FACILITY:**

The above-named defendant has been remanded in lieu of bail at the time of his/her presentment before this Court. At that time, the following information requiring medical attention for the defendant was disclosed:

Diabetic — takes insulin last medicated 2/12/11 am.

_Ronald Ellis_   2-14-11
**United States Magistrate Judge**