UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X
UNITED STATES OF AMERICA

    -against-                                  NOTICE OF MOTION
                                              S1 11 CR 111 (NRB)

MAROUN SAADE, et al.,

                Defendants.
-------------------------------------------------X

    PLEASE TAKE NOTICE that upon the annexed affirmation of Joel M. Stein, Esq., dated the 23rd day of April 2012, and the accompanying exhibits, the defendant FRANCIS SOUROU AHISSOU will move this Court, before the Honorable Naomi R. Buchwald, Judge of the United States District Court, Southern District of New York, at the courthouse located at 500 Pearl Street, New York, New York, on the 30th day of April, 2012, for an order: 1) pursuant to R.12(b)(3)(C), F.R.Cr.P., suppressing post-arrest statements allegedly made by him on or about February 12, 2011, on the ground that any such statements were made involuntarily in violation of the Fifth Amendment to the United States Constitution, or, alternatively, the defendant requests that the court conduct an evidentiary hearing to resolve any factual issues concerning the defendant's application; 2) pursuant to R.12(b), F.R.Cr.P., dismissing counts one and two of the instant indictment, on the ground there is no jurisdiction to prosecute the charged offenses; 3) severing counts four and five of the indictment, pursuant to R.12(b), F.R.Cr.P., on the ground that a joint trial with those counts will prejudice the defendant; 4) pursuant to R.7(d), F.R.Cr.P., striking §1 of the indictment as surplusage; and 5) granting the defendant Francis Sourou Ahissou permission to join the application of any codefendant also charged in this indictment, to the extent applicable to him; and for such further relief as may be just and proper.

Dated: New York, NY
       April 23, 2012
                                                                                   Yours, etc.

To:   Preet Bharara
      U.S. Attorney, SDNY
      By: AUSA Christian Everdell/
          Glen Kopp

      Clerk of Court (NRB)
      United States District Court
      Southern District of New York

*Joel M. Stein* (signature)
Joel M. Stein, Esq. #2385
Counsel for Francis Sourou Ahissou
39 Broadway - Suite 2420
New York, NY 10006
(212) 344-8008